United States District Court
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/10

| | |
|---|---|
| PepsiCo, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Case 1:10-cv-01368-SAS |
| Advanced Plastics Technologies Luxembourg S. A., Advanced Plastics. Technologies, Limited, Plastics Fabrication Technologies, LLC, Gerald Hutchinson and Robert A. Lee, | ) [~~Proposed~~] Order Granting Adjournment of the Initial Pretrial Conference |
| Defendants. | ) |

Upon the application of PepsiCo, Inc., (PepsiCo) and for reasons stated in the letter of plaintiff's attorney Richard M. Hunter (RH-6128), dated April 13, 2010, the Initial Pretrial Conference is adjourned to June 8, 2010 at 4:30 pm

So Ordered:

_____
Shira A. Sheindlin
U.S.D.J

# LUBOJA & THAU, LLP
### 10 EAST FORTIETH STREET
### NEW YORK, NEW YORK 10016
TELEPHONE (212) 779-9800
FACSIMILE (212) 252-0457

April 13, 2010

Hon. Shira A. Schiendlin, USDJ
Daniel Patrick Moynihan
United States Courthouse
Room 1620
500 Pearl Street
New York, NY 10007-1312

      Re: PepsiCo, Inc. v. Advanced Plastics Technologies, et al
         Case 1:10-cv-01368-SAS
         Initial Pretrial Conference Adjournment Request

Dear Judge Schiendlin:

  The undersigned attorney represents plaintiff, PepsiCo, Inc., (PepsiCo) in the subject matter. This communication is to request adjournment of the Initial Pretrial Conference scheduled for April 15, 2010, pursuant to your order of March 16, 2010 because the plaintiff and defendants named in PepsiCo's complaint intend to pursue mediation of the disputes set forth in the complaint and related disputes among the same parties and an interested individual who is not named as a party.

  None of the defendants have yet appeared in the action, although I have been in telephone and e-mail contact with attorneys who represent the defendants and an attorney who represents an individual who has an interest in resolving the disputes, but who is not a defendant. Please note that three of the defendants are not located in the United States of America, and therefore the time to respond to the Notice of a Law Suit and Request to Waive Service of Summons has not yet expired as to these three defendants. The non-US defendants have until April 22, 2010 to respond to the Notice and Request to Waive and until May 24, 2010 to answer or otherwise move. All parties consent to this request to adjourn the Initial Pretrial Conference.

  In light of the forgoing, and because attorneys who represent the defendants have expressed their respective intentions to pursue mediation, please an adjournment of the Initial Pretrial Conference is requested until after June 1, 2010.

            Respectfully,

            Richard M. Hunter
            (RH6128)
            rhunter@lubojathau.com

RMH: mpc

Case 1:10-cv-01368-SAS
Initial Pretrial Conference Adjournment Request
April 13, 2010
*Page 2*

CC: Fred Perkins, Esq.

      Michael Leight, Esq.

      Langdon Jorgensen, Esq

LUBOJA & THAU, LLP